CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

JOSEPH W. KELLENER, Esq. [CSBN 299597]
RAPEL & KELLENER
14545 Friar Street, Suite 100
Van Nuys, CA 91411
P. 818.901.8600
F. 844.901.8601
E.Joe@rkattys.com
Attorney for Defendant Ganesha International Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ZARIAN,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST VENTURA REALTY, LLC, a California Limited Liability Company; GANESHA INTERNATIONAL INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case: 2:16-CV-04887-BRO-SS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) (A) (ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 22, 2017        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: May 22, 2017        RAPEL & KELLENER

By: /s/ Joseph W. Kellener
    Joseph W. Kellener
    Attorney for Defendant
    Ganesha International Inc.

**IT IS SO ORDERED.**

**DATED:** May 22, 2017 _____

UNITED STATES DISTRICT JUDGE